165 So. 912

**Ex parte MERCHANTS FIRE ASSURANCE CORP.**

**6 Div. 872.**

Supreme Court of Alabama.
Jan. 23, 1936.

Coleman, Spain, Stewart & Davis, of Birmingham, for petitioner.

Benj. Leader and John D. Hill, both of Birmingham, for respondent.

GARDNER, Justice.

Petition dismissed by petitioner.

163 So. 904

**MODERN WOODMEN OF AMERICA v. Edgar STEED.**

**4 Div. 831.**

Supreme Court of Alabama.
Nov. 5, 1935.

PER CURIAM.

Appeal dismissed by agreement.

163 So. 904

**NATIONAL SURETY CORPORATION v. Carl M. WATTS, Gdn., etc., et al.**

**3 Div. 124.**

Supreme Court of Alabama.
June 27, 1935.

Rehearing Granted Oct. 7, 1935.

Ball & Ball, of Montgomery, for appellant.

J. M. Bonner, of Camden, A. A. Carmichael, Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for appellees.

PER CURIAM.

Rehearing granted; opinion withdrawn. Appeal dismissed by agreement.

165 So. 912

**Mattie PETERSON et al. v. W. E. PHELPS et al.**

**3 Div. 143.**

Supreme Court of Alabama.
Jan. 14, 1936.

PER CURIAM.

Appeal dismissed by appellant.

165 So. 912

**Tom PHILLIPS v. STATE.**

**7 Div. 325.**

Supreme Court of Alabama.
Jan. 16, 1936.

PER CURIAM.

Appeal dismissed.